preme Court, Appellate Division, Second Department. October 11, 1907.) Proceedings by the people of the state of New York, on the relation of Charles C. Robesch, against the president of the borough of Queens. No opinion. Motion to resettle order denied, with costs.

PEOPLE ex rel. SCHWARTZ, Appellant, v. SMITH, Sheriff, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 19, 1907.) Proceedings by the people of the state of New York, on the relation of Edward B. Schwartz, against James Smith, sheriff of Erie County. No opinion. Order affirmed, with costs.

PEOPLE ex rel. SPAHN, Appellant, v. BUTLER, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Proceedings by the people of the state of New York, on the relation of Otto J. Spahn, against Edmond J. Butler, as commissioner. E. S. Griffing, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. WILCOX, Appellant, v. CURTIS, Respondent. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Proceedings by the people of the state of New York, on the relation of Franklin A. Wilcox, against William H. Curtis, as clerk of arrears of taxes and assessments of the city of Mt. Vernon. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. WILSON v. FLYNN, Warden. (Supreme Court, Special Term, New York County. October 2, 1907.) Habeas corpus by the people of the state of New York, on relation of Mary Wilson, against one Flynn, as warden of the city prison of the city of New York. Writ granted. Relator discharged. R. J. Haire, for relator. Robert S. Johnstone, Asst. Dist. Atty. for respondent.

FORD, J. If I were permitted to enter the realm of conjecture I might dismiss this writ. I could, and indeed do, guess that the proceedings before the magistrate were entirely regular. But, owing to the slovenly manner in which the papers upon which I am asked to remand the relator were prepared, and their meaninglessness when scrutinized with that degree of care which should always be employed when the personal liberty of any one is concerned, I must sustain the writ and discharge the prisoner.

PERRY, Respondent, v. BATES, Appellant. (Supreme Court, Appellate Division, First Department. November 22, 1907.) Action by Alvan W. Perry against Benjamin L. M. Bates. J. B. Stanchfield, for appellant. H. Taylor, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

PIRONG, Respondent, v. SYRACUSE LIGHTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by Mary E. Pirong, as administratrix, etc., against the Syracuse

Lighting Company. No opinion. Judgment and order affirmed, with costs.

POUND, Respondent, v. CONVERSE, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Donald A. Pound against Harry L. Converse. No opinion. Judgment of the Municipal Court affirmed, with costs.

POWELL, Appellant, v. ROACH, Respondent. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by John K. Powell, Jr., against John J. Roach. No opinion. Judgment of the Municipal Court affirmed, with costs.

PRAY, Respondent, v. NEW YORK STATE NAT. BANK AT ALBANY, Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by Alice E. Pray against the New York State National Bank at Albany.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to defendant to answer, on payment of costs of demurrer and of this appeal.

SMITH, P. J., dissents.

PRAY v. NEW YORK STATE NAT. BANK AT ALBANY. (Supreme Court, Appellate Division, Third Department. November 27, 1907.) Action by Alice E. Pray against the New York State National Bank at Albany. No opinion. Motion denied.

PRENTICE, Appellant, v. SOMMER, Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Westervelt Prentice against Maurice Sommer. No opinion. Motion for reargument denied, with costs.

PRINCE LINE, Limited, Respondent, v. JOHN C. SEAGER CO., Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by the Prince Line, Limited, against the John C. Seager Company. L. Ullo, for appellant. J. M. Woolsey, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PUNSKY, Respondent, v. CITY OF NEW YORK, Appellant. (Actions 1 and 2.) (Supreme Court, Appellate Division, Second Department. October 15, 1907.) Actions by Theodore Punsky against the city of New York. No opinion. Motions to dismiss appeals denied.

RAFF, Appellant, v. BAER, Respondent. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by Paul Raff against Marie Baer. No opinion. Judgment of the Municipal Court affirmed, with costs.

RAHM, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by Theresa Rahm, as